STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Bradford Hyde Felder
Huval, Veazey, Felder & etc.
P. O. Box 80948
Lafayette LA 70598-0948

George Andrew Veazey
Huval, Veazey, etc
P. O. Box 80948
Lafayette LA 70598-0948

Julie Koren Vaughn Felder
Attorney at Law
P. O. Box 80399
Lafayette LA 70598

## REHEARING ACTION: August 31, 2011

**Docket Number: 11    00166-CA**

**BRADLEY GRIFFITH**
**VERSUS**
**RESA LATIOLAIS**

**Appealed from Lafayette Parish Case No. C-20055193**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Resa Latiolais** has this day been

    **DENIED.**

Also, you are hereby notified that the request for rehearing en banc filed by **Resa**

**Latiolais** has this day been

    **DENIED.**

cc: D. Reardon Stanford, Counsel for the Appellee
    Ted Warren Hoyt, Counsel for the Appellee